IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICHOLE SMART,

     Plaintiff,

vs.

                         CIV. NO. 1:25-cv-01187-KG-JHR

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to

sentence four of 42 U.S.C. § 405(g) (ECF No. 18), the Court hereby REVERSES the

Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and

REMANDS the case to the Commissioner for further administrative proceedings.[1] *See Shalala v.*

*Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED this 15th day of June, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

Submitted by:

    *s/ Christina Valerio*
    CHRISTINA VALERIO

    ATTORNEY FOR DEFENDANT

Approved by:

    *s/ electronically approved*
    EDDY PIERRE PIERRE
    Pierre Pierre Law, P.C.

    ATTORNEY FOR PLAINTIFF