IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICHOLE SMART,

     Plaintiff,

vs.

                                CIV. NO. 1:25-cv-01187-KG-JHR

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

## JUDGMENT

The Court having granted Defendant's Motion to Remand to Agency (Doc. 18), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on 6/15/2026.  (Doc. 19.)

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.